NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ANDREW CAMERON BAILEY
CONSTANCE BAXTER MARLOW
153 Western Avenue
Glendale, CA 91201
Phone: (928) 451-2043
Email: andrew@cameronbaxter.net
Plaintiffs in pro per

ATTORNEYS FOR:



FILED
CLERK, U.S. DISTRICT COURT
APR 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CAMERON BAILEY<br>CONSTANCE BAXTER MARLOW<br><br>Plaintiff(s),<br>v.<br>U.S. BANK NA; WELLS FARGO BANK NA;<br>WELLS FARGO HOME MORTGAGE; WELLS<br>FARGO ASSET SECURITIES CORP; LEHMAN<br>BROTHERS INC et al<br>Defendant(s) | CASE NUMBER:<br>**CV11-3227** GW (CWx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Andrew Cameron Bailey and Constance Baxter Marlow, in pro per</u> (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

U.S. BANK NA, AS TRUSTEE FOR WFMBS 2006-AR2

WELLS FARGO BANK NA

WELLS FARGO HOME MORTGAGE

WELLS FARGO ASSET SECURITIES CORP

LEHMAN BROTHERS INC

April 14, 2011                     Andrew C. Bailey (Pro Per)
Date                                Sign

                                   Constance B Marlow, Pro Per
                                   ~~Attorney of record for or~~ party appearing in pro per