**ANDREW CAMERON BAILEY**
**CONSTANCE BAXTER MARLOW**
153 Western Avenue
Glendale, CA 91201

Phone: (928) 451-2043
Email: andrew@cameronbaxter.net

*Plaintiffs in pro per*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2<br>            Plaintiff,<br><br>vs.<br><br>ANDREW CAMERON BAILEY<br>CONSTANCE BAXTER MARLOW<br>            Defendants. | Case No: 11C04038<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT OF ACTION UNDER 28 U.S.C. § 1441**<br><br>**Removal of Case No. 11C04038** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

---

1
NOTICE OF REMOVAL

1
2       PLEASE TAKE NOTICE that Defendants Constance Baxter Marlow and
3   Andrew Cameron Bailey, California residents, provide that a Notice of Removal
4   of this action was filed in the United States District Court for the Central District
5   of California on or about April 15, 2011. A true and correct copy of the Notice of
6   Removal is attached to this Notice, and is served, included and filed herewith.
7
8   DATED April 19, 2011
9
10
11  **/s/ Andrew Cameron Bailey**_____
12  **Andrew Cameron Bailey, Defendant in Pro Per**
13
14
15  **/s/ Constance Baxter Marlow**_____
    **Constance Baxter Marlow, Defendant in Pro Per**
16
17
18
19
20  Copy of the foregoing mailed on April 20`, 2011 to:
21
22  TFLG a Law Firm,
    Noah M. Bean, Esq.
23  Eric G. Fernandez, Esq.
    Laurie Howell, Esq.
24  2121 2nd Street, Suite C-105
25  Davis, CA 95618
26
27  Attorneys for Plaintiff
28

2
NOTICE OF REMOVAL

| | |
|---|---|
| 1 | **ANDREW CAMERON BAILEY** |
| 2 | **CONSTANCE BAXTER MARLOW** |
| | 153 Western Avenue |
| 3 | Glendale, CA 91201 |
| 4 | |
| | Phone: (928) 451-2043 |
| 5 | Email: andrew@cameronbaxter.net |
| 6 | *Plaintiffs in pro per* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW CAMERON BAILEY** <br> **CONSTANCE BAXTER MARLOW** <br><br> Plaintiffs <br><br> Vs. <br><br> U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2; WELLS FARGO BANK NA; WELLS FARGO HOME MORTGAGE; WELLS FARGO ASSET SECURITIES CORPORATION; LEHMAN BROTHERS INC; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title thereto; and JOHN DOES "1-10" inclusive, <br><br> Defendants | Case No.:  CV11-3227 GW(CWx) <br><br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** <br><br><br> **Removal of Case No. 11C04038** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

1   PLEASE TAKE NOTICE that Plaintiffs Constance Baxter Marlow and Andrew Cameron Bailey, (hereinafter "removing defendants") who are California residents, hereby remove Los Angeles County Superior Court Case No. 11C04038 to the United States District Court for the Central District, Los Angeles Division.

2.  1. On March 9, 2011, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled U.S.BANK NATIONAL ASSOCIATION, AS TRUSTEE, "Plaintiff" vs. ANDREW CAMERON BAILEY, CONSTANCE BAXTER MARLOW AND DOES 1 – 5, "Defendants", as Case No. 11C04038. A true and correct copy of the Complaint is attached hereto as Exhibit "A".

3.  2. The first date upon which removing defendants Constance Baxter Marlow and Andrew Cameron Bailey received a copy of said Complaint was on or about March 14, 2011, when removing defendants received a copy of said Complaint and the Summons in the action. A true and correct copy of the Summons that accompanied the Complaint is attached hereto as Exhibit "B".

4.  3. On or about March 18, 2011, removing defendants filed an answer to the complaint; a true and correct copy of the answer is attached hereto as Exhibit "C".

5.  4. On April 12, 2011, removing defendants filed a Demurrer to the Complaint; a true and correct copy is attached hereto as Exhibit "D".

6.  5. Removing defendants are the trustors under a deed of trust secured by the property that is the subject of plaintiff's complaint 153 Western Avenue, Glendale, California (the "Property") with the beneficiary being WELLS FARGO BANK, NA and/or US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WFMBS, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-AR2.

7.  6. Removing defendants have filed the instant Complaint Case No. CV11-3227 GW(CWX) to Quiet Title to the Property and for Injunctive Relief.

Additional causes of action exist and may be asserted for Fraud, TILA, RESPA violations, Wrongful Foreclosure, *inter alia*.

7. Based on the foregoing, it is clear that Title is in question as a result of violations of federal law, *inter alia*. Moreover, removing defendants respectfully submit to this Court that U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2 *et al* through its counsel of record filed the underlying complaint without providing evidence that it can meet the prima facie requirements necessary to establish its standing or real party in interest status to bring its complaint as it failed to provide properly endorsed and "duly perfected" promissory note and properly certified and "duly perfected" deed of trust, thus rendering its non-judicial foreclosure sale and or purchase of Defendants' home and the resulting trustee deed upon sale void, as a matter of law.

8. Removing defendants' allegations in the forthcoming Federal Court Complaint are primarily premised upon the true dispute as to ownership of the subject Property.

9. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331, and hence this action may be removed to this Court by removing defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff's allegations and claims appear to arise under the following federal statutes: 28 U.S.C. § 1446; violation of RESPA 12 U.S.C. § 2605, violation of Truth in Lending Act 15 U.S.C. § 1601 et. seq., violation of Fair Debt Collection Practices Act 15, U.S.C. §§ 1692 et. seq., rescission pursuant to TILA 15 U.S.C. § 1635(a) and Regulation Z § 226.23(a)(3).

10. Pursuant to 28 U.S.C. §1445(a), removing defendants filed this Notice of Removal in the District Court of the United States for the District and Division within which the State Court action is pending.

11. Pursuant to 28 U.S.C, § 1446(a) hereby attached as Exhibits A-D, are true and correct copies of all other pleadings filed with the state court that are in possession of the removing defendants.

12. Pursuant to 28 U.S.C. § 1446(d), removing defendants will promptly give written notice of the removal to all adverse parties and will file a copy of the notice with the clerk of the Los Angeles County Superior Court.

13. Removing defendants reserve the right to supplement this Notice of Removal when additional information becomes available. Removing defendants further reserve all rights including, but not limited to, defenses and objections as to venue, personal jurisdiction and service. The filing of this Notice of Removal is subject to and without waiver of any such defense or objection.

WHEREFORE, removing defendants hereby remove Los Angeles County Superior Court Case No.11CO4038 to the United States District Court for the Central Division of California.

DATED: April 19, 2011

*/s/ Andrew Cameron Bailey*_____

**Andrew Cameron Bailey, Defendant in Pro Per**

*/s/ Constance Baxter Marlow*_____

**Constance Baxter Marlow, Defendant in Pro Per**

Copy of the foregoing mailed on April 20, 2011 to:

TFLG a Law Firm,
Noah M. Bean, Esq.
Eric G. Fernandez, Esq.
Laurie Howell, Esq.
2121 2nd Street, Suite C-105
Davis, CA 95618
Attorneys for Plaintiff U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2