1 **ERIC G. FERNANDEZ (No.269864)**
**LAURIE HOWELL(No.098785)**
2 **TFLG, A Law Corporation**
**2121 2ND STREET, SUITE C105**
3 **DAVIS, CA 95618**
**TELEPHONE: (530) 750-3700**
4 **FACSIMILE: (530) 750-3344**
**eric.fernandez@dre-apc.com**
5
Attorneys for Defendant/Movant
6 U.S. BANK NATIONAL ASSOCIATION,
as Trustee
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION - LOS ANGELES

11

12 ANDREW CAMERON BAILEY and      )  **Case No. 2:11-cv-3227 GW(CWX)**
   CONSTANCE BAXTER MARLOW,       )
13                                )  **NOTICE OF MOTION AND MOTION TO**
           Plaintiffs,            )  **REMAND CASE TO STATE COURT**
14                                )  Date:  6/2/11
   v.                             )  Time:  8:30 am
15                                )  Ctrm:  10
   U.S. BANK NA,  as Trustee,     )  Judge: Hon. George H. Wu
16 et al.,                        )
                                  )     ORAL ARGUMENT NOT REQUESTED
17         Defendants.            )
                                  )
18 _____ )

19      PLEASE TAKE NOTICE that on June 2, 2011, at 8:30 am, or as soon

20 thereafter as the matter can be heard in Courtroom 10 of the court,

21 located at 312 N. Spring Street, Los Angeles, CA 90012, U.S. BANK

22 NATIONAL ASSOCIATION, as Trustee ("Defendant"), will and hereby does

23 move for an order remanding its unlawful detainer action against

24 ANDREW CAMERON BAILEY and CONSTANCE BAXTER MARLOW ("Plaintiffs") to

25 the Superior Court for the County of Los Angeles, California.

26      This motion is made on the ground that Plaintiffs have

27 improperly removed the state court action in that they have not

28
  **NOTICE OF MOTION AND MOTION TO REMAND**

1  established and cannot establish that this court has subject matter
2  jurisdiction in this case as required by 28 USC 1446.
3      This motion is based on this Notice, the Memorandum of Points
4  and Authorities filed herewith, the pleadings and records on file
5  herein and on such additional information as may be presented.
6
7  Dated: 4/29/11                      Respecfully submitted,
8                                      TFLG, A Law Corporation
9
10                                     By:    /s/ Eric G. Fernandez
                                        ERIC G. FERNANDEZ
11                                      Attorney for Plaintiff/Movant
                                        U.S. BANK NATIONAL ASSOCIATION,
12                                      as Trustee
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF MOTION AND MOTION TO REMAND**                                   2