For: ANDREW CAMERON BAILEY; CONSTANCE BAXTER MARLOW
Address: 153 WESTERN AVE.
CSZ: GLENDALE, CA 91201



# UNTIED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: cv11-3227 -GW (CW)

## AFFIDAVIT OF SERVICE

**ANDREW CAMERON BAILEY;**
**CONSTANCE BAXTER MARLOW**

    Plaintiff/Petitioner,

vs.

**U.S. BANK NA; et al.**

    Defendant/Respondent.
_____/

Received by **River City Process Service, Inc.** on **04/25/2011** at **10:51 AM** to be served upon:

**U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2**

**CALIFORNIA**
    **ss.**

I, **RONALD ALAN KOFFLER**, depose and say that:

On **04/26/2011** at **02:30 PM**, I served the within **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATE AND NOTICE OF INTERESTED PARTIES; NOTICE OF ADR PROGRAM; NOTICE OF ASSIGNMENT OF JUDGE** on **U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2** at **818 W 7TH STREET, Los Angeles, CA 90017** in the manner indicated below:

By delivering a true copy of this process to **MARGARET WILSON, CT CORPORATION SYSTEMS - AGENT FOR SERVICE** of the above named corporation and informing him/her of the contents.

Comments/Prev. Attempts: **AGENT REFUSED SERVICE-DROP SERVED.**

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

X _Ronald A. Koffler_
RONALD ALAN KOFFLER - Los Angeles #3253
River City Process Service, Inc.
816 H STREET
SACRAMENTO, CA 95814
916.446-2051
Atty File#: - Our File# **28809**