For:          ANDREW CAMERON BAILEY; CONSTANCE BAXTER MARLOW
Address:    153 WESTERN AVE.
CSZ:         GLENDALE, CA 91201



FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNTIED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: cv11-3227 - GW(CWx)

## AFFIDAVIT OF SERVICE

**ANDREW CAMERON BAILEY;**
**CONSTANCE BAXTER MARLOW**

       Plaintiff/Petitioner,

vs.

**U.S. BANK NA; et al.**

       Defendant/Respondent.
_____/

Received by **River City Process Service, Inc.** on **04/25/2011** at **10:51 AM** to be served upon:

**LEHMAN BROTHERS, INC.**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO    ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **04/25/2011** at **02:15 PM**, I served the within **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATE AND NOTICE OF INTERESTED PARTIES; NOTICE OF ADR PROGRAM; NOTICE OF ASSIGNMENT OF JUDGE** on **LEHMAN BROTHERS, INC.** at **2730 GATEWAY OAKS DR., STE 100 , Sacramento, CA 95833** in the manner indicated below:

By delivering a true copy of this process to **CSC LAWYERS INC.-AGENT FOR SERVICE, BY SERVING BECKY DEGEORGE** of the above named corporation and informing him/her of the contents.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

APR 2 6 2011

X _____
JOHN E. ARNOLD - 2009-29 (Sacramento)
River City Process Service, Inc.
816 H STREET
SACRAMENTO, CA 95814
916.446-2051
Atty File#: - Our File# **28813**