For:      ANDREW CAMERON BAILEY; CONSTANCE BAXTER MARLOW
Address:  153 WESTERN AVE.
CSZ:     GLENDALE, CA 91201



# UNTIED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: cv11-3227 - GW(CWx)

## AFFIDAVIT OF SERVICE

**ANDREW CAMERON BAILEY;**
**CONSTANCE BAXTER MARLOW**

      Plaintiff/Petitioner,
vs.

**U.S. BANK NA; et al.**

      Defendant/Respondent.
_____/

Received by **River City Process Service, Inc.** on **04/25/2011** at **10:51 AM** to be served upon:

**WELLS FARGO BANK NA**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO    ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **04/25/2011** at **02:15 PM**, I served the within **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATE AND NOTICE OF INTERESTED PARTIES; NOTICE OF ADR PROGRAM; NOTICE OF ASSIGNMENT OF JUDGE** on **WELLS FARGO BANK NA** at **2730 GATEWAY OAKS DR., STE 100, Sacramento, CA 95833** in the manner indicated below:

By delivering a true copy of this process to **CSC LAWYERS INC.-AGENT FOR SERVICE, BY SERVING BECKY DEGEORGE** of the above named corporation and informing him/her of the contents.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

APR 2 6 2011

X_____
JOHN E. ARNOLD - 2009-29 (Sacramento)
River City Process Service, Inc.
816 H STREET
SACRAMENTO, CA   95814
916 446-2051
Atty File#:   - Our File# **28810**