1  **TFLG, A LAW CORPORATION**
   **NOAH M. BEAN (CA Bar No. 257657)**
2  **ERIC G. FERNANDEZ (CA Bar No. 269684)**
   **S. EDWARD SLABACH (CA Bar No. 206020)**
3  **2121 2ND STREET, SUITE C105**
   **DAVIS, CA 95618**
4  **TELEPHONE: 530-750-3700**
   **FACSIMILE: 530-750-3366**
5
   Attorneys for Defendants
6  U.S. BANK NA AS TRUSTEE FOR
   WFMBS 2006-AR2
7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW CAMERON BAILEY and CONSTANCE BAXTER MARLOW, | Case No.: 2:11-cv-03227-GW-CW |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF MOTION TO REMAND** |
| U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2; WELLS FARGO BANK NA; WELLS FARGO HOME MORTGAGE; WELLS FARGO ASSET SECURITIES CORPORATION; LEHMAN BROTHERS INC; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title thereto; and JOHN DOES "1-10" inclusive, | Complaint Filed: 04-15-2011 |
| Defendants. | |

22  //
23  //
24  //
25  //
26  //
27  //
28  //

---
1
**NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

Case 2:11-cv-03227-GW -CW Document 12 Filed 05/16/11 Page 2 of 2 Page ID #:66

1  TO THE COURT AND PLAINTIFFS ANDREW CAMERON BAILEY and CONSTANCE
2  BAXTER MARLOW:
3      **PLEASE TAKE NOTICE** that the Notice of Motion and Motion to Remand Case to Los
4  Angeles Superior Court filed on April 29, 2011 and currently set for June 2, 2011 is hereby
5  withdrawn.

                                          **TFLG, A LAW CORPORATION**

10  Dated: May 16, 2011                              By:  */s/ Eric G. Fernandez*
                                                  **NOAH M. BEAN, ESQ.**
                                                  **ERIC G. FERNANDEZ, ESQ.**
                                                  **S. EDWARD SLABACH**
                                                  Attorneys for Defendants
                                                  U.S. BANK NA AS TRUSTEE FOR WFMBS 2006-AR2

**2**
**NOTICE OF WITHDRAWAL OF MOTION TO REMAND**