1  TFLG, A LAW CORPORATION
   NOAH M. BEAN (CA Bar No. 257657)
2  ERIC G. FERNANDEZ (CA Bar No. 269684)
   S. EDWARD SLABACH (CA Bar No. 206020)
3  2121 2ND STREET, SUITE C105
   DAVIS, CA 95618
4  TELEPHONE: 530-750-3700
   FACSIMILE: 530-750-3366
5
   Attorneys for Defendants
6  U.S. BANK NA AS TRUSTEE FOR
   WFMBS 2006-AR2
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10 ANDREW CAMERON BAILEY and      ) Case No.: 2:11-cv-03227-GW-CW
   CONSTANCE BAXTER MARLOW,       )
11                                )
                                  )
12        Plaintiff,               )
                                  )
13 v.                              )   **PROOF OF SERVICE**
                                  )
14 U.S. BANK NA AS TRUSTEE FOR    )
   WFMBS 2006-AR2; WELLS FARGO    )
15 BANK NA; WELLS FARGO HOME      )
   MORTGAGE; WELLS FARGO ASSET    )
16 SECURITIES CORPORATION; LEHMAN )
   BROTHERS INC; and all persons claiming )
17 by, through, or under such person, all )
   persons unknown, claiming any legal or )
18 equitable right, title, estate, lien, or interest )
   in the property described in the complaint )
19 adverse to Plaintiffs' title thereto; and JOHN )
   DOES "1-10" inclusive,         )
20                                )
        Defendants.                )
21 _____)

22      I, Michelle Turner, am employed in the County of Yolo, State of California, I am over the

23 age of 18 and not a party to the within action; my business address is 2121 2nd Street, Suite C-

24 105, Davis, California 95618.

25      On the date set forth below, I served the documents described as:

26              **NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

27 //

28 //

                                    1
   _____
                            **PROOF OF SERVICE**

1  by depositing true copies thereof, enclosed in separate, sealed envelopes with first class postage
2  prepaid, in the United State Mail at Davis, California, the envelope was address respectively to
3  the following persons and addresses:

ANDREW CAMERON BAILEY
153 WESTERN AVENUE
GLENDALE, CA 91201

CONSTANCE BAXTER MARLOW
153 WESTERN AVENUE
GLENDALE, CA 91201

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on May 16, 2011, at Davis, California.

_____
Michelle Turner

**2**
**PROOF OF SERVICE**