Name and address
SUZANNE M. HANKINS (SBN 157837)
JARLATH M. CURRAN, II (SBN 239352)
SEVERSON & WERSON        (949) 442-7110
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Attorneys for U.S. Bank NA as Trustee, etc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CAMERON BAILEY, CONSTANCE BAXTER MARLOW | CASE NUMBER<br>2:11-cv-03227-GW (CWx) |
| v.  Plaintiff(s) | |
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for WFMBS 2006-AR2; et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

U.S. Bank NA as Trustee for WFMBS 2006-AR2     [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby request the Court approve the substitution of <u>Suzanne M. Hankins and Jarlath M. Curran, II of SEVERSON & WERSON</u>
*New Attorney*

as attorney of record in the place and stead of <u>Eric G. Fernandez of TFLG, A Law Corporation</u>
*Present Attorney*

Dated  May    , 2011

_____
*Signature of Party/Authorized Representative of Party*
U.S. Bank NA as Trustee for WFMBS 2006-AR2

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  May    , 2011

_____
*Signature of Present Attorney*
ERIC G. FERNANDEZ, TFLG, A Law Corporation

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  May 16, 2011

*/s/ Jarlath C.*
*Signature of New Attorney*
JARLATH M. CURRAN, II, SEVERSON & WERSON
239352
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

G-01 (03/06)                                                                                               CCD-G1

Name and address
SUZANNE M. HANKINS (SBN 157837)
JARLATH M. CURRAN, II (SBN 239352)
SEVERSON & WERSON          (949) 442-7110
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Attorneys for U.S. Bank NA as Trustee, etc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CAMERON BAILEY, CONSTANCE BAXTER MARLOW | CASE NUMBER |
| | 2:11-cv-03227-GW (CWx) |
| Plaintiff(s) | |
| v. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for WFMBS 2006-AR2; et al. | |
| Defendant(s). | |

U.S. Bank NA as Trustee for WFMBS 2006-AR2  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

hereby request the Court approve the substitution of Suzanne M. Hankins and Jarlath M. Curran, II of SEVERSON & WERSON
*New Attorney*

as attorney of record in the place and stead of Eric G. Fernandez of TFLG, A Law Corporation
*Present Attorney*

Dated May 16, 2011

*Signature of Party/Authorized Representative of Party* Wm. M. Reichert
U.S. Bank NA as Trustee for WFMBS 2006-AR2

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated May 16, 2011

*Signature of Present Attorney*
ERIC G. FERNANDEZ, TFLG, A Law Corporation

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated May 16, 2011

*Signature of New Attorney*
JARLATH M. CURRAN, II, SEVERSON & WERSON
239352
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

G-01 (03/06)                                                                                                                            CCD-G1