1 | SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
2 | JARLATH M. CURRAN, II (State Bar No. 239352)
jmc@severson.com
3 | SEVERSON & WERSON, A Professional Corporation
4 | 19100 Von Karman Ave., Suite 700
Irvine, CA 92612
5 | Telephone: (949) 442-7110
Facsimile: (949) 442-7118
6 |

7 | MARK D. LONERGAN (State Bar No. 143622)
SEVERSON & WERSON, A Professional Corporation
8 | One Embarcadero Center, Suite 2600
San Francisco, CA 94111
9 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
10 |

11 | Attorneys for Defendants WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Home Mortgage and Wells Fargo Asset Securities Corporation) and
12 | U.S. BANK, NATIONAL ASSOCIATION, as Trustee for WFMBS 2006-AR2

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANDREW CAMERON BAILEY, CONSTANCE BAXTER MARLOW, | Case No. CV11-3227 GW (CWx) Hon. George H. Wu Ctrm. 10 - Spring St. |
|---|---|
| Plaintiffs, | |
| vs. U.S. BANK NA as Trustee for WFMBS 2006-AR2; WELLS FARGO BANK NA; WELLS FARGO HOME MORTGAGE; WELLS FARGO ASSET SECURITIES CORPORATION; LEHMAN BROTHERS INC; and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, Or Interest in The Property Described in The Complaint Adverse to Plaintiffs' Title, Or Any Cloud On Plaintiffs' Title Thereto; and JOHN DOES "1-10" inclusive, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** **(Local Rule 7.1-1)** |
| Defendants. | Complaint Filed: April 15, 2011 |

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Home Mortgage and Wells Fargo Asset Securities Corporation) and U.S. BANK, NATIONAL ASSOCIATION, as Trustee for WFMBS 2006-AR2 certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Andrew Cameron Bailey – Plaintiff.
2. Constance Baxter Marlow – Plaintiff.
3. U.S. Bank NA, as Trustee for WFMBS 2006-AR2 – Defendant and current owner of the property which is the subject of this action.
4. Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Home Mortgage and Wells Fargo Asset Securities Corporation) – Defendant.
5. Lehman Brothers Inc. – Defendant.
6. Wells Fargo and Company – Parent Company of Wells Fargo Bank, N.A.

DATED: May 16, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ Jarlath M. Curran II
SUZANNE M. HANKINS
JARLATH M. CURRAN, II
Attorneys for Defendants
WELLS FARGO BANK, N.A.
and U.S. BANK, NATIONAL
ASSOCIATION, as Trustee for
WFMBS 2006-AR2