# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CAMERON BAILEY, CONSTANCE BAXTER MARLOW,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NA as Trustee for WFMBS 2006-AR2; WELLS FARGO BANK NA; WELLS FARGO HOME MORTGAGE; WELLS FARGO ASSET SECURITIES CORPORATION; LEHMAN BROTHERS INC; and All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, Or Interest in The Property Described in The Complaint Adverse to Plaintiffs' Title, Or Any Cloud On Plaintiffs' Title Thereto; and JOHN DOES "1-10" inclusive,<br><br>Defendants. | Case No. CV11-3227 GW (CWx)<br>Hon. George H. Wu<br>Ctrm. 10 - Spring St.<br><br>**(PROPOSED) ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: June 30, 2011<br>Time: 8:30 a.m.<br>Ctrm: 10<br><br>Complaint Filed: April 15, 2011 |

The motion of Defendants WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Home Mortgage and Wells Fargo Asset Securities Corporation) and U.S. BANK, NATIONAL ASSOCIATION, as Trustee for WFMBS 2006-AR2 (collectively "Defendants") to dismiss the complaint of Plaintiffs ANDREW CAMERON BAILEY and CONSTANCE BAXTER MARLOW pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted came on regularly for hearing on June 30, 2011, at 8:30 a.m. in Courtroom 10, the Honorable George H. Wu presiding. Appearances are as noted on the record.

The Court, having read and considered Defendants' motion to dismiss, the memorandum of points and authorities in support thereof, and any opposition thereto, and having heard argument from the parties, granted Defendants' motion to dismiss Plaintiffs' complaint without leave to amend, on the grounds that Plaintiffs failed to state any claim against Defendants upon which relief can be granted.

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that the motion of Defendants' to dismiss Plaintiffs' complaint is granted without leave to amend.

**IT IS FURTHER ORDERED** that the case is dismissed in its entirety with prejudice as to Defendants WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo Home Mortgage and Wells Fargo Asset Securities Corporation) and U.S. BANK, NATIONAL ASSOCIATION, as Trustee for WFMBS 2006-AR2.

DATED: _____

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT
JUDGE