# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: CV11-3227  6w ( Cwx)



FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Plaintiff:**
**Andrew Cameron Bailey and Constance Baxter Marlow**
vs.
**Defendant:**
**US Bank, NA, et al**

For:
Pro Se

,

Received by A Precision Investigation & Consulting, LLC on the 5th day of May, 2011 at 5:23 pm to be served on **US Bank, NA, 425 Walnut St, Cincnnati, OH 45202**.

I, Dale Dorning, do hereby affirm that on the **6th day of May, 2011 at 1:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Certificate & Notice of Interested Parties, Complaint, Exhibits , Cover Sheet, Notice of ADR program, Notice of Assignment of Judge** with the date and hour of service endorsed thereon by me, to: **Brandon Condit** as **Authorized Agent** for **US Bank, NA**, at the address of: **425 Walnut St, Cincnnati, OH 45202**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Private Investigator, authorized to serve process in the judicial circuit in which the process was served.

**Dale Dorning**
Process Server

**A Precision Investigation & Consulting, LLC**
8216 Princeton-Glendale Rd., Ste 260
West Chester, OH 45069
(888) 246-4927

Our Job Serial Number: PRE-2011000805
Ref: US Bank

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m