1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDREW CAMERON BAILEY, | ) | CASE NO.: CV 11-3227-GW(CWx) |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | **ORDER DISMISSING DEFENDANT LEHMAN BROTHERS, INC.** |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. BANK NA, as Trustee for WFMBS 2006-AR2, et al., | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

GOOD CAUSE appearing therefore,

　　IT IS HEREBY ORDERED that Defendant Lehman Brothers, Inc., is dismissed

from this proceeding.

DATED: May 19, 2011

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1