# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CAMERON BAILEY, et al.,<br><br>                                     Plaintiff(s)<br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, et al.,<br><br>                                     Defendant(s). | CASE NUMBER<br><br>CV 11-3227-GW(CWx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

U.S. Bank NA, as Trustee for WFMBS 2006-AR2     ☐ Plaintiff  ✔ Defendant  ☐ Other _____
*Name of Party*

to substitute   Suzanne M. Hankins and Jarlath M. Curran II of Severson & Werson    who is

✔ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

19100 Von Karman Avenue, Suite 700
*Street Address*

Irvine, CA 92612                             smh@severson.com/jmc@severson.com
*City, State, Zip*                                     *E-Mail Address*

949-442-7110                   949-442-7118                    157837/239352
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of   Eric G. Fernandez of TFLG
                                              *Present Attorney*

**is hereby**     ✔ **GRANTED**     ☐ **DENIED**

Dated: May 19, 2011                            *[signature: George H. Wu]*

                                               GEORGE H. WU, U. S. District Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.