UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3227-GW(CWx) | Date | June 7, 2011 |
|---|---|---|---|
| Title | *Andrew Cameron Bailey, et al. v. U.S. Bank NA as Trustee for WFMBS 2006-AR2, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

The Court has received Plaintiffs "Notice of Motion and Motion to Consolidate Cases and Ex Parte Application for Order Shortening Time for Motion to Consolidate Case No. CV 11-3770-GW(Ex) with Case No. CV 11-3227-GW(CWx)," filed on May 18, 2011.  Hearing on the motion is set for **July 14, 2011 at 8:30 a.m.**

Additionally, Defendants Wells Fargo Bank, N.A. and U.S. Bank, National Association's Motion to Dismiss, filed on May 16, 2011 and presently set for June 30, 2011, is continued to **July 14, 2011 at 8:30 a.m.**

:

Initials of Preparer    JG